UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

E.L.D.M.,

Petitioner,

v.

MOISES BECERRA, et al.,

Respondents.

Case No.  1:25-cv-1906-DJC-JDP (P)

ORDER

Petitioner, a former immigration detainee represented by counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 23, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  No party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed February 23, 2026, are adopted in full.

2. The petition for writ of habeas corpus, ECF No. 1, is GRANTED.

3. Respondents shall not impose any additional restrictions on petitioner, such as electronic monitoring, unless it is determined to be necessary at a future pre-deprivation/custody hearing.

4. Respondents are enjoined and restrained from re-detaining petitioner unless respondents provide no less than seven days' notice to petitioner and hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which petitioner's eligibility for bond is considered, and petitioner may have counsel present.  This Order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal.

5. The Clerk of Court is directed to enter judgment and close this case.

IT IS SO ORDERED.

Dated:   **March 31, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2